UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No. 8:05-CR-475-T-27TGW

THOMAS SPELLISSY and
STRATEGIC DEFENSE INTERNATIONAL, INC.
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Motion to Suppress Results of Search (Dkt. 16) and the Government's Response in Opposition (Dkt. 17). A defendant challenging a search warrant affidavit must allege deliberate falsehood or reckless disregard for the truth and accompany those allegations by an offer of proof, usually in the form of affidavits or reliable witness statements and in the absence of such proof, a satisfactory explanation for the absence. *U.S. v. Haimowitz*, 706 F.2d 1549, 1556 (11th Cir. 1983), *cert. denied,* 464 U.S. 1069 (1984). In order to be entitled to an evidentiary hearing, Defendant must make a preliminary showing that a false statement was knowingly and intentionally made or made with reckless disregard for the truth and that the alleged false statement was necessary to the finding of probable cause. *See U.S. v. Coronel*, 750 F.2d 1482, 1485 (11th Cir. 1985); *Franks v. Delaware*, 438 U.S. 154, 171-72 (1978).

Here, Defendant's unsworn motion makes allegations that the affidavit supporting the search warrant contained factual statements which were "misleading" and factually incorrect. (Dkt. 16, p.4). However, Defendant's conclusory contention that the "the affidavit is drawn with reckless disregard for the truth" is not supported by an offer of proof or sufficient explanation for the absence of proof.

-1-

An affidavit supporting a search warrant is presumptively valid. *Franks*, 438 U.S. 171-72.

Here, the challenged affidavit is not before the Court.  Accordingly, as Defendant does not make the

necessary preliminary showing of a false statement knowingly and intentionally made or made with

reckless disregard for the truth and that the alleged false statement was necessary to the finding of

probable cause, Defendant's motion (Dkt. 16) is DENIED without prejudice.

**DONE AND ORDERED** in chambers this 8th day of March, 2006.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record