UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                   Case No. 8:05-CR-475-T-27TGW

THOMAS SPELLISSY and
STRATEGIC DEFENSE INTERNATIONAL, INC.

_____/

## ORDER

**BEFORE THE COURT** is the Government's Motion to Quash Certain Subpoenas Issued by Defendant (Dkt. 33) and Defendant's response in opposition (Dkt. 35). The Government's motion is directed to several subpoenas issued by Defendant compelling military witnesses to testify at an evidentiary hearing scheduled on April 18, 2006 on Defendant's Motion to Suppress.

The Government cites no authority in support of its motion. Other than its contention that the witnesses do not possess any information material to the hearing, a contention Defendant takes issue with, the only consideration advanced by the Government which would justify quashing a subpoena is the schedule of General Brian Douglas Brown, a circumstance which could make compliance with his subpoena unreasonable.

Defendant does not take issue with the Government's contention that General Brown was available to be interviewed by the defense on April 10th but that the defense chose not to do so. Under these circumstances, notwithstanding Defendant's contention that General Brown has material information, the court expects the defense to cooperate with the Government and General Brown and either perpetuate his testimony via deposition, arrange for him to testify by video conference or re-

evaluate the necessity for calling him as a witness. Accordingly, it is

**ORDERED AND ADJUDGED** that the Government's Motion to Quash(Dkt. 33) is DENIED, except as to General Brown. As to General Brown, the motion is denied without prejudice. Defendant, through counsel, is directed to confer with government counsel and coordinate an accommodation for General Brown such that his testimony will not interfere with his military duties and responsibilities.

**DONE AND ORDERED** in chambers this 13th day of April, 2006.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record